MILLETT, Circuit Judge,
concurring:
I join Judge Wilkins’ opinion for the Court in full. I write separately only to reiterate my continuing concerns about this Court’s organizational-standing doctrine and the unwarranted disparity it seems to have spawned between individuals’ and organizations’ ability to bring suit. See People for the Ethical Treatment of Animals v. United States Dep’t of Agriculture, 797 F.3d 1087, 1099-1106 (D.C.Cir.2015) (Millett, J., dubitante). Because the majority opinion properly applies our precedent to keep a bad jurisprudential situation from getting worse, I concur. But I continue to believe that our organizational standing doctrine should be revisited in an appropriate case.